847 A.2d 56

Larry CAPLEN, Neil B. Caplen, Jill Caplen Schecter
and Stanley B. Caplen, Appellants,

v.

Richard W. BURCIK and City of Philadelphia, Trustee
Acting by the Board of Directors of City Trusts,
Girard Estates, Appellees.

Supreme Court of Pennsylvania.

April 15, 2004.

David Ethan Jokelson, Esq., Neil Jokelson, for L. Caplen; N. Caplen; J.C. Schecter; S. Caplen.

Paul R. Fitzmaurice, Esq., Louis J. Sinatra, Esq., Howard A. Rosenthal, Esq., for R. Burcik; City of Philadelphia (Trustee).

Before: CAPPY, C.J., and CASTILLE, NIGRO, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of April, 2004, the order of the Commonwealth Court is **VACATED** and this matter is **RE-MANDED** to that court with the direction to **REMAND** this matter to the Court of Common Pleas of Philadelphia County for consideration of the governmental immunity issue in light

522

of our decision in *Sphere Drake v. Philadelphia Gas Works*, 566 Pa. 541, 782 A.2d 510 (Pa.2001). Jurisdiction relinquished.

Justice NEWMAN did not participate in the consideration or decision of this case.